UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE COLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09 CR 774 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, Section 2252A(5)(B) |
| NEAL MASCHKE | ) | |

FILED
OCT 14, 2009
OCT 1 4 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

On or about September 19, 2009, at Skokie, in the Northern District of Illinois, Eastern Division,

NEAL MASCHKE,

defendant herein, knowingly possessed material, namely, a 16 GB Ativa thumb drive, bearing number 33097, and a 4 GB Sony Microvault thumb drive bearing serial number 07206CDAV, which contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce and having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

1

## COUNT TWO

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

On or about September 20, 2009, at West Chicago, in the Northern District of Illinois, Eastern Division,

NEAL MASCHKE,

defendant herein, knowingly possessed material, namely, four Memorex CDs and one 4 GB Optima Attache thumb drive bearing no serial number, which contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2008 GRAND JURY further alleges:

1. The allegations of Counts One and Two of this Indictment are realleged and incorporated by reference as though fully set forth herein for purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Section 2252A(a)(2), as alleged in the foregoing Indictment,

NEAL MASCHKE,

defendant herein, shall forfeit to the United States any and all right, title and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations, including, but not limited to, the following items seized from defendant on or about September 19, 2009 and defendant's residence on or about September 20, 2009:

(i) One 16 GB Ativa thumb drive, bearing number 33097;

(ii) One 4 GB Sony Microvault thumb drive bearing serial number 07206CDAV;

(iii) One 4 GB Optima Attache thumb drive bearing no serial number;

(iv) One HP desktop computer, serial number MX30329618;

(v) Disks and printed images; and

(vi) Seized peripheral connecting cables and equipment.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY