FILED
OCT 14, 2009
OCT 1 4 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09CR 774  Felony

**UNITED STATES DISTRICT COURT** JUDGE DER-YEGHIAYAN
**NORTHERN DISTRICT OF ILLINOIS** MAGISTRATE JUDGE COLE

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **09 CR 774; U.S. v. Neal Maschke; Judge Cole**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Sex Offense II**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 USC 2252A(a)(5)(B)**

Julie Porter And Tiffany Tracy
Assistant United States Attorney