# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COLE |
|---|---|---|---|
| CASE NUMBER | 09 CR 0774 | DATE | OCTOBER 14, 2009 |
| CASE TITLE | U. S. v. NEAL MASCHKE | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL SEPTEMBER 2008 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *Nan R. Nolan*

---

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

FILED
OCT 14, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials: