Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 774-1 | **DATE** | 10/6/2009 |
| **CASE TITLE** | United States of America vs. Neal Maschke | | |

**DOCKET ENTRY TEXT**

Bond hearing held.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | CDH |
|---|---|---|