U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 09 CR 774

United States of America
    v.

Neal Maschke

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br>Ralph E. Meczyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ralph Meczyk |
| FIRM<br>Meczyk Goldberg |
| STREET ADDRESS<br>111 W. Washington St., Ste. 1025 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1874802 | TELEPHONE NUMBER<br>(312) 332-2853 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X] |