IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 09 CR 774 |
| v. | ) | Hon. Judge Der-Yeghiayan |
| NEAL MASCHKE, | ) | |
| Defendant. | ) | |

## AGREED MOTION TO ALTER TERM OF HOME CONFINEMENT

Now comes Defendant, Neal Maschke, through his attorney Ralph E. Meczyk, and respectfully requests that this Honorable Court grant Mr. Maschke's motion to alter the terms of his home confinement. In support of his motion, Mr. Maschke states the following.

1. Mr. Maschke seeks this Honorable Court's permission to leave his residence in order to obtain his Illinois Driver's License.

2. Mr. Maschke's counsel has spoken with the Government, and it does not have any objection to this motion.

3. A draft of the parties' Agreed Order is Attached as Exhibit A.

WHEREFORE, Mr. Maschke respectfully requests that this Honorable Court grant his Motion and enter the attached Order.

        Respectfully submitted,

        /s/ Ralph E. Meczyk
        Ralph E. Meczyk
        Attorney for Defendant Neal Maschke

Ralph E. Meczyk
MECZYK GOLDBERG
111 W. Washington St., Suite 1025
Chicago, IL 60602
312-332-2853