# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:09–cr–00774

                                                       Honorable Samuel Der–Yeghiayan

Neal Maschke

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 27, 2010:

        MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant's motion for order To Alter Term of Home Confinement [35] is granted. Defendant to advise his pretrial services officer prior to going to the Illinois Secretary of State's office. Noticed motion date of 04/28/10 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.